■ VIRNA KELLY et al., Respondents, v JENNIFER VENTURA et al., Appellants, and VINCENT CHAN et al., Respondents. [665 NYS2d 284] —Appeal by the defendants Jennifer Ventura and John Ventura from stated portions of an order of the Supreme Court, Queens County (Satterfield, J.), dated August 8, 1996.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs, for reasons stated by Justice Satterfield at the Supreme Court. Miller, J. P., Ritter, Krausman and Goldstein, JJ., concur.